A CERTIFIED TRUE COPY
ATTEST

By Tammie Brooks on Aug 09, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 09, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiff in an action pending in the District of Rhode Island (*Blankenship*) has moved, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate the portion of the Panel's order conditionally transferring the action to MDL No. 2036. Similarly, defendants in actions pending in the Northern District of Texas (*Simmons*) and the Western District of Wisconsin (*Harris*) have moved to vacate the portions of the Panel's order conditionally transferring those actions to the MDL.[1] The three actions are listed on Schedule A hereto. Plaintiffs' Lead Counsel and Plaintiffs' Executive Committee in MDL No. 2036 oppose all three motions to vacate. Plaintiffs in *Simmons* and *Harris* also oppose the motion to vacate directed to each of their respective actions.

After considering all argument of counsel, we find that these three actions involve common questions of fact with the overdraft actions in this litigation previously transferred to the Southern District of Florida, and that transfer of these actions to the Southern District of Florida for inclusion in MDL No. 2036 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of these actions is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that (1) the Southern District of Florida was a proper Section 1407 forum for actions involving claims relating to the alleged improper imposition of bank checking account overdraft fees; and (2) while there are some unique questions of fact from bank-to-bank, overdraft actions against varying banks share sufficient factual questions relating to industry-wide bank posting policies and procedures to warrant centralization of all actions in one MDL docket. *See In re Checking Account Overdraft Litigation*, 626 F.Supp.2d 1333 (J.P.M.L. 2009).

In opposing transfer, movants raise numerous arguments: they are currently named in but a single overdraft action (argument of Associated Banc-Corp); the subject action is narrower than those in the MDL (argument of the *Blankenship* plaintiff); or proceedings in the MDL have advanced

---

[*] Judge Heyburn took no part in the disposition of this matter.

[1] The moving defendants are Comerica, Inc. (as to *Simmons*) and Associated Banc-Corp (as to *Harris*).

- 2 -

to the point that transfer will be impracticable and prejudicial to the involved parties (argument of Comerica, Inc., and Associated Banc-Corp). We respectfully disagree with these arguments. In our original order in this docket, we transferred an action against certain Citi defendants,[2] despite their contention that including the action in the MDL was inappropriate because, *inter alia*, they were not named in any other proposed class action dealing with overdraft fees incurred through debit card transactions. *See In re Checking Account Overdraft Litigation*, 626 F.Supp.2d at 1335-36. With respect to the *Blankenship* plaintiff's argument, we note that even if the factual allegations in *Blankenship* are more limited than those of actions already in the MDL, those allegations are present in at least some of the already-centralized actions; in addition, Citizens Financial Group, Inc., a defendant in *Blankenship*, is already a party to the MDL. With respect to the argument of Comerica, Inc., and Associated Banc-Corp, we point out that this MDL was created in June 2009, and that we have transferred approximately twenty actions to it thus far in 2010.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the three actions listed on Schedule A are transferred to the Southern District of Florida and, with the consent of that court, assigned to the Honorable James Lawrence King for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

Robert L. Miller, Jr.
Acting Chairman

John G. Heyburn II, Chairman*      Kathryn H. Vratil
David R. Hansen                     W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.               Barbara S. Jones



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By  Graciela Gomez
                          Deputy Clerk
Date **Aug 13, 2010**

---

[2]   Citigroup, Inc., Citibank, N.A., and Citibank F.S.B.

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## SCHEDULE A

### District of Rhode Island

Michael L. Blankenship v. RBS Citizens, N.A., et al., C.A. No. 1:10-163

### Northern District of Texas

Delphia Simmons v. Comerica, Inc., C.A. No. 3:10-326

### Western District of Wisconsin

Pamela Harris v. Associated Banc-Corp., C.A. No. 3:10-182

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

PANEL SERVICE LIST

Michael A. Caddell
CADDELL & CHAPMAN
1331 Lamar
Suite 1070
Houston, TX 77010-3027
mac@caddellchapman.com

Barry R. Davidson
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, FL 33131-3136
bdavidson@hunton.com

Robert C. Gilbert
ALTERS BOLDT BROWN
RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
bobby@abbrclaw.com

Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513
laurence.hutt@aporter.com

Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
bfj@chimicles.com

Kenneth C. Johnston
KANE RUSSELL COLEMAN
& LOGAN PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
kjohnston@krcl.com

Beth J. Kushner
VON BRIESEN & ROPER SC
411 E. Wisconsin Avenue
Suite 700
P.O. Box 3262
Milwaukee, WI 53202
bkushner@vonbriesen.com

Richard D. McCune, Jr.
MCCUNEWRIGHT LLP
2068 Orange Tree Lane
Suite 216
Redlands, CA 92374
rdm@mccunewright.com

Lucia Nale
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
LNale@mayerbrown.com

Matthew W. O'Neill
FRIEBERT FINERTY &
ST JOHN SC
Two Plaza East
Suite 1250
330 East Kilbourn Avenue
Milwaukee, WI 53202
mwo@ffsj.com

Lisa M. Simonetti
STROOCK & STROOCK &
LAVAN LLP
2029 Century Park East
16th Floor
Los Angeles, CA 90067-3086
lsimonetti@stroock.com

Peter N. Wasylyk
LAW OFFICES OF
PETER N WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
pnwlaw@aol.com

Martin Woodward
STANLEY IOLA LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205
mwoodward@stanleyiola.com